Jason Cabot
33 Leslie Rd.
Belmont, MA 02478
Tel : 213-270-4815
Email : jcabot@jd12.law.harvard.edu

FILED
IN CLERKS OFFICE

2010 FEB -1 P 12: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jason Cabot,<br><br>        Plaintiff,<br><br>vs.<br><br>United Collection Bureau, Inc.; Experian Information Solutions, Inc.; Chicago Central Emergency Physicians, LLP.<br><br>        Defendants | Case No.: 1:10-cv-10012-DPW<br><br>**RENEWED NOTICE OF VOLUNTARY DISMISSAL AS TO NAMED DEFENDANTS ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Court's Memorandum and Order of January 26, 2009, the plaintiff, Jason Cabot, hereby dismisses defendants **United Collection Bureau, Inc.** and **Chicago Central Emergency Physicians, LLP.** ("named defendants") **only** from the above-titled action. **The case remains open as to defendants not listed in this dismissal.** Accordingly, counts IV and V are dismissed from the Complaint, and named defendants are dismissed from all remaining counts. Each party shall bear its own fees and costs.

Dated this 01/30/10

/s/ Jason Cabot

Jason G. Cabot
33 Leslie Rd.
Belmont, MA 02478
(213) 270-4815
jcabot@jd12.law.harvard.edu

**RENEWED NOTICE OF VOLUNTARY DISMISSAL AS TO NAMED DEFENDANTS - 1**