UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jason Cabot,<br><br>            Plaintiff,<br><br>      vs.<br><br>Experian Information Solutions, Inc.<br><br><br>            Defendant | Case No.:10-cv-10012-DPW<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the remaining parties to this action hereby stipulate and agree that this case be dismissed with prejudice. The parties shall bear their respective costs, including attorneys' fees and other expenses of this litigation.

Respectfully Submitted,

For the Plaintiff, Jason Cabot

/s/ Jason G. Cabot
Jason G. Cabot
33 Leslie Rd.
Belmont, MA 02478
(213) 270-4815
jcabot@jd12.law.harvard.edu

For the Defendant,
Experian Information Solutions, Inc.

/s/ George E. Spencer
George E. Spencer (GS 7729)
Admitted *pro hac vice*
Jones Day
222 E. 41st Street
New York, NY 10017
Tel: (212) 326-7897
gspencer@jonesday.com

and

Robert S. White, BBO #552225
Bourgeois, Dresser, White & McGourthy, LLP
4 Dix Street
Worcester, MA 01609
Tel: (508) 798-8801
rsw@bdwlaw.com

Dated: June 4, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of June 4, 2010.

/s/ Jason G. Cabot
Jason G. Cabot